```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 47078
   GEORGE MITCHELL
   RUBY B MITCHELL                              CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-7803    SSN XXX-XX-1731


----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
     The case was filed on 12/22/2004 and was confirmed 03/02/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  11.72% from remaining funds.

     The case was paid in full 02/07/2008.
----------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
----------------------------------------------------------------------
MARSHALL FIELDS            UNSECURED         1052.49           .00         123.36
GENERAL MOTORS ACCEPTANC   SECURED           9900.00        775.47        9900.00
GENERAL MOTORS ACCEPTANC   UNSECURED OTH      966.17           .00         113.20
AMERICAN EXPRESS TRAVEL    UNSECURED         7717.78           .00         904.60
AMERICAN EXPRESS TRAVEL    UNSECURED         1643.12           .00         192.59
ECAST SETTLEMENT CORP      UNSECURED         8948.00           .00        1048.80
RESURGENT ACQUISITION LL   UNSECURED          264.31           .00          30.98
SMC                        UNSECURED          817.73           .00          95.85
CITGO                      UNSECURED        NOT FILED          .00            .00
RESURGENT ACQUISITION LL   UNSECURED         6576.56           .00         770.84
RESURGENT ACQUISITION LL   UNSECURED         7657.40           .00         897.52
ECAST SETTLEMENT CORP      UNSECURED         4120.63           .00         482.98
ECAST SETTLEMENT CORP      UNSECURED         1293.14           .00         151.57
ECAST SETTLEMENT CORP      UNSECURED         3395.20           .00         397.95
RESURGENT ACQUISITION LL   UNSECURED          103.00           .00          12.07
RESURGENT ACQUISITION LL   UNSECURED          954.75           .00         111.91
TRINITY HOSPITAL           UNSECURED        NOT FILED          .00            .00
WAL MART STORES INC        UNSECURED        NOT FILED          .00            .00
RESURGENT ACQUISITION LL   UNSECURED         2148.45           .00         251.82
AT&T WIRELESS              NOTICE ONLY      NOT FILED          .00            .00
ERNESTO D BORGES JR        DEBTOR ATTY       1,900.00                    1,900.00
TOM VAUGHN                 TRUSTEE                                       1,062.49
DEBTOR REFUND              REFUND                                        1,062.00

     Summary of Receipts and Disbursements:
----------------------------------------------------------------------
                          RECEIPTS            DISBURSEMENTS
----------------------------------------------------------------------
TRUSTEE                   20,286.00

PRIORITY                                             .00
SECURED                                         9,900.00

                PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 04 B 47078 GEORGE MITCHELL & RUBY B MITCHELL
```

```
     INTEREST                                                775.47
UNSECURED                                                  5,586.04
ADMINISTRATIVE                                             1,900.00
TRUSTEE COMPENSATION                                       1,062.49
DEBTOR REFUND                                              1,062.00
                                   ----------------   ----------------
TOTALS                                   20,286.00          20,286.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


```
                                  /s/ Tom Vaughn
  Dated: 05/28/08                 _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE
```